

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00275-CR

EDWARD BERNARD DAVENPORT, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 351st District Court of Harris County.   (Tr. Ct. No. 1213794).

This case is an appeal from the judgment signed by the trial court on February 13, 2014.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **grants** counsel's motion to withdraw and **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 1, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Keyes, and Bland.